**FILED**

**MARCH 17, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 50043**

In the Matter of                                               Case Number:

FINOVA CAPITAL CORPORATION,
                            Plaintiff

                 v.

JAMES BISHOP,

                            Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FINOVA Capital Corp.
4800 N. Scottsdale Rd.
Scottsdale, Arizona 85251-7623

| | |
|---|---|
| NAME (Type or print)<br>John W. Moynihan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John W. Moynihan | |
| FIRM<br>Reed Smith LLP | |
| STREET ADDRESS<br>10 S. Wacker Drive, Suite 4000 | |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6212061 | TELEPHONE NUMBER<br>(312) 207-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES [✓]  NO [ ] | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES [ ]  NO [✓] | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES [✓]  NO [ ] | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES [✓]  NO [ ] | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL [ ]     APPOINTED COUNSEL [ ] | |