# United States District Court for the Northern District of Illinois

Case Number: 08-50043          Assigned/IssuedBy: PL

## FEE INFORMATION

**Amount Due:**  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Paid: _____            Fiscal Clerk: _____

**FILED MAR 17 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

## ISSUANCES

**Type Of Issuance:**

☒ Summons          ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____ (Type of Writ)

1 Original and ___ copies on 3/17/08 (Date) as to James Bishop

C:\wpwin80\docket\feeinfo.frm    01/01