IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FINOVA CAPITAL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-CV-50043 |
| v. | ) | Honorable Frederick J. Kapala |
| | ) | |
| JAMES BISHOP, | ) | |
| | ) | |
| Defendant. | ) | |

**RULE 41(a) NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff FINOVA Capital Corporation, by its attorneys, hereby files its notice of dismissal of this action without prejudice.

Dated:  March 20, 2008            Respectfully submitted,

                                  FINOVA CAPITAL CORPORATION


                                  By:    /s/ John W. Moynihan_____
                                         One of its attorneys

John W. Moynihan (ARDC No. 6212061)
Gary S. Caplan (ARDC No. 6198263)
Joseph B. Prater (ARDC No. 6290497)
Reed Smith LLP
10 S. Wacker Drive, Suite 4000
Chicago, IL 60606
(312) 207-3869