## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50043 | **DATE** | 3/31/2008 |
| **CASE TITLE** | Finova Capital vs. Bishop | | |

**DOCKET ENTRY TEXT:**

Pursuant to plaintiff's Rule 41(a) notice of dismissal, this case is dismissed without prejudice.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | sw |
|---|---|---|